If this Court Mandates, every Lawsuit, filed, Specify, no tampering by Beckley's Mail Room:
(Six Pages - 3 - Copies Each)

Special Note →

(Page - I)                    (10-1-20)

: United States District Court for The Southern District of West Virginia - At Beckley:

: Civil Division :

5:20-cv-00655

David Hall Crum - Plaintiff,
v.
Warden, and federal Bureau of Prisons - Defendants;

FILED
OCT – 7 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

: federal Civil Rights' Action, Pursuant, to, title - 28, United States Code, A., Section - 1343, in, a, Direct Violation of The 8th Amendment, to, the, Constitution Of The United States of America, (Cruel and Unusual Punishments', already, Inflicted, And, On - Going:

(A Summary of This Case)

The Plaintiff, in, Good faith, Hereto, respectfully, can, show, and, Clearly, illustrate, a, long, horrible, and, Cruel, Pattern of injustice, intentional, false, confinement, Mistreatment, and, a, Greed, for, Money, beyond, imagination, against, the, Defendants, that, goes, back, nearly, 20 years, and, Counting!

The Plaintiff is a (66) year old African - American, D.C. Code - Offender, who, have, already, Served →

Special Notation = The Bureau of Prisons Designation Center, in, Grand Prairi, Texas, was, unaware, of, what F.C.I Buckley, did, in, the, falsification of the Custody Points;

(Page-2) (10-1-20)

two, thirds, of, a, 3-year Sentence, and, have, numerous, Medical issues, that makes him vulnerable to the Covid-19 Virus, (when in fact), there, exists, many, ways, that, the Plaintiff could have already been Released, and, or, transferred, to, the, Central, treatment, facility, located, in, his, Release Area, at Washington, D.C.;

The Problem is, that, these, people, here, at, F.C.I. Beckley, want, to, keep, people, here, as, long, as, possible, without, considering, that, person's, family, age, and, or, the Safety of the Community; This, Court, and, I, have, Records, to, Prove, that, this, specific, Problem, have, been, around, for, awhile, and, didn't, just, start! from, 2002, to, 2009, the, Staff, at, Buckley, illegally, held, the, Plaintiff, for, nearly 7-years, based, upon, non-updated, felony records, from, D.C. Lortons Prison, when, it, was, shut down, by, the Congress, in, 2001, based, upon, the Capital Revitalization and Self-Government Improvement Act, without replacing our Prison, (this, Court, never said, the, Plaintiff, was wrong, in, that, Litigation, (Habeas Corpus), and, although, the, Documents, and, Legal Arguments, were very strong, and, illustrative, concerning, the wrongfull Confinement, this, Court, didn't, Rule, in the Plaintiff's favor, thereby, Creating, an, atmosphere that, Caused, this, Problem, today; →

Special Notation = The Plaintiff could not exhaust Administrative Remedies, because of this recent developement, and shortness of time; (Page-3)  (10-1-20)

Indeed, sometime, in, Nov., or Dec. of 2019, the Plaintiff's Custody Points were, illegally, falsified, by, this, institution, Showing (17) points, for, a, specific charge, not, on, the D.C. judgment, and Commitment Order, and, thereby, illegally, Placing, the Plaintiff, at, Beckley, right, before, the, Corona, outbreak, and, Causing, the, Plaintiff, to, be, stuck, at, this, facility; Now, these people, want, to ignore Bureau of Prisons Policy Statements, such, as title - V - Second Chance act of 2007 Reauthorization, (Sec. 501), and, Reauthorization act of 2018, Sec. 502, Improvements' to Existing Programs, Signed by President Donald trump authorizing up to a year Half-Way House; the Bureau of Prisons Re-Entry Program, at 320 first St. N.W. Wash.D.C.; And, the Care act 12003 (b)(2), in Directive's, by, the, Attorney General, of the United States, dated, 3-27-20 and 4-3-20; (They, don't, even, try, to Release the Plaintiff) This Plaintiff will amend this Complaint, with, Documents, and, further, Legal, Arguments; (This, Plaintiff, is, Seeking, 100.000, for, Mental Sufferings, and, 1000 dollars, additionally, every day, from, the, two, thirds, Date, (10-1-20) when the Half-Way House Package, should, have, been done according, to, their, own, two, thirds, Policy; (It, is, So, Prayed)

Also, the, Plaintiff, had, no, negative, behavior, in, two years.

Respectfully Submitted
Mr. David Hall Crum