: Special Notation = The Defendants, intentionally, Held, this, Mail, from, this, Court, for, 10-Days, See- Signed Envelope, Dated, 10-19-20 by Mail Room Staff, and, they, knew, the Plaintiff, was, eligible, for, Cari's Act ;

Attachment A - <u>Bivens</u> Complaint form

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

David Hall Crum                                    05361-016

_____                          _____

_____                          _____

_____                          _____

(Enter above the full name of the plaintiff        (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action)

v.                                                 CIVIL ACTION NO. 5:20-00655
                                                   (Number to be assigned by Court)

: Warden, D. L. Young :
: Case-Manager- Jim Craddock :                     **FILED**
: Supervisor- Case Man. Ms. O. Dell :              **NOV 2, 2020**
: Unit-Manager- Ms. Stempson :                     RORY L. PERRY II, CLERK
                                                   U.S. District Court
(Enter above the full name of the defendant        Southern District of West Virginia
or defendants in this action)

Defendant(s).

### COMPLAINT

I.  **Parties**

    A.  Name of Plaintiff: David Hall Crum

        Inmate No.: 05361-016

        Address: F.C.I. Beckley, P.O. Box 350, Beaver, W.V. (25813)

: Special Notation = Defendant, Mr. Jim Craddock - Casemanager, Pulled, the, Subject, Documentation, Points, Sheet, off, of his Computer, in, front, of me, in February of this year, the Plaintiff, told, him, that, information was, wrong, and, not accurate, to which he not only didn't, give, the Plaintiff, a copy, he refused, to, take, it, Directly, to the Warden

B. Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: David Hall Cum

Inmate No.: 05361-016

Address: F.C.I. Beckley, P.O. Box 350, Beaver, W.V. (25813)

Name of Plaintiff: 

Inmate No.: 

Address: 

C. Name of Defendant: D. L. Young;

Position: Warden;

Place of Employment: F.C.I. Beckley, W.V. (25813)

D. Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: Jim Craddock;

Position: Case-Manager-Pine-A-Lower;

Place of Employment: F.C.I. Beckley, W.V. (25813)

Name of Defendant: Mrs. O. Dell;

Position: Supervisor-Case-Man. Coordinator;

Place of Employment: F.C.I. Beckley, W.V. (25813)

(Defendant - Unit Manager Stempson - Same address as above;

2

II. **Place of Present Confinement**

Name of Prison/Institution: F.C.I. Beckley, W.V. (25813)

A. Is this where the events concerning your complaint took place?

Yes ✓     No _____

If you answered "no," where did the events occur? N/A

B. Is there a prisoner grievance procedure in this institution?

Yes ✓     No _____

C. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ✓     No _____

If you answered "no," explain why not: N/A

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): It was on Pause, Pursuant to intervention, by asst. Warden = See Enclosed Exhibit-A)

III. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes ✓     No _____

B. If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to the previous lawsuit:

Plaintiff(s): David Hall Cum

Defendant(s): federal Bureau of Prisons, District of Columbia, Gov.

3

2. Court (if federal court, name the district; if state court, name the county);
(U.S. District Court for District of Columbia)

3. Docket Number: not yet, just filed!

4. Name of judge to whom case was assigned: not yet!

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Not Processed yet!

6. Approximate date of filing lawsuit: (two weeks ago!)

7. Approximate date of disposition: N/A

### IV. Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

The Plaintiff-Petitioner, is, trying, to, Show, a, Clear, and, Ongoing, Pattern, of, intentional, injustice, (fake-Confinement, and, Cruel, and, Unusual, Punishments, inflicted, going, back nearly 20-years) (but, will, describe, what, these, Defendants, have, Done) : D.L. Young, allowed, the, Casemanagement, Coordinator's, Office, through, Mr. O'Dell, and, or, other, workers, in, that, Office, to, Directly, retaliate, against, The, Plaintiff, for, a Habeas Corpus, filing, against, one, of, their ~~~~ friends, about (15) years ago, at this institution, (a Mr. Michael Snow) Ms. O'Dell, and, her, Party, intentionally, falsified, Documents, placing, the ④ Plaintiff, here, at, Beckley, illegally, depriving, him, of, Pre-release, Status, and, Placing, his, life, in, danger, because, there, was, no, Medical, records, that, followed! Mr. Craddock, and, Ms. Spempson, Supported, this!

V.  Relief (*The Plaintiff, is, in, fact, Seeking, at, least, 50,000) (fifty, thousand, Dollars), from, each, of, the, Defendants*:

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Order, a trial, and or Hearing, for, The specific, U.S. Constitutional Violations, Pursuant to, the 8th Amendment, (Cruel and Unusual Punishments) and, Constitutional Due-Process of Law, and Equal Protections;

: Grant, a, significant, Cash, Compensation, for, the Mental Sufferings, and unlawful, Deprivations;

Signed this 20th day of October, 20 20.

_____

_____
Mr. David Hall Crum
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-20-20  .
(Date)

_____
David Hall Crum
Signature of Plaintiff

(Special Notation) ↙

5

The, Defendants, used, federal, regulations, To, Thereby, illegally, maximize, Punishments, against, a, D.C. Code, offender, without, Authorization, from, The Capital Revitalization and Self-Government Improvement act of 1997; But, won't, allow us, Their federal Half-Way House's:

(Evidence - Exhibit - C)

```
BECH8    540.23   *        SENTENCE MONITORING              *      12-11-2019
PAGE 007          *        COMPUTATION DATA                 *      15:02:35
                           AS OF 12-11-2019


REGNO..: 05361-016  NAME: CRUM, DAVID HALL
COMP NO: 050        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): N
FUNC...: DIS


EARLIEST DATE OF OFFENSE........: 01-10-2018

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    01-10-2018   01-15-2018
                                    03-19-2019   10-14-2019

TOTAL PRIOR CREDIT TIME.........: 216
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 162
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 10-01-2021
EXPIRATION FULL TERM DATE.......: 03-12-2022



G0002       MORE PAGES TO FOLLOW . . .
```

Respectfully Submitted, Mr. David Hall Crum:

(Memorandum) Exh. A)        (2-10-20)

(This inmate was Placed Here fraudently, in the first Place)

Legal Memorandum, In Support of A Program Transfer, Pursuant, to, The Re-Entry Source Book - first Edition, Produced, By, The federal Bureau of Prisons, in Wash. D.C., And F.C.I. Ray Brook, Concerning, U.S. Department of justice - Re-entry Programs, and Initiatives - Page-7, and Re-Entry Legislation - Second Chance Act, Overview-Page-9;

Additionally, see - United States title - V - Second Chance Act of 2007, Reauthorization, Section, 501, this title may be cited as the Second Chance Reauthorization Act of 2018;

Section - 502 - Improvements to Existing Programs; (a) Grant Authorization, (A)

from = Mr. David Hall Crum, to, The Unit Manager, of Pine-A-Lower, and The Asst. Warden of Programs, Ms. M. Arriza:

This, Specific, Legislation, Signed into, Law, By, Both, President trump, and, the Congress of the United States, Enhancing, the Provisions of The B.O.P. Compassionate, Release, Mandates, that, Mr. Crum, at, almost (66) years old, and within (18) Months, left, to serve, Be, transferred, to F.C.I. Petersburg, Va., to, be, Closer, to, his Release Area, (Wash. D.C.), and, have, access, to, Maximized Resources, and Communications, with, his, Social Worker's, who, are, Based, in Wash. D.C., and, his Housing, and finance 'situation'!

(Exhibit-A)

*:6-Pages- 3- Copies Each:*

*They knew about the 2/3 rds Date of 10-1-20; they had no intentions, of giving a year Half-Way House, Period;*

*(Exhibit -B-1)*

| | **Individualized Reentry Plan - Program Review (Inmate Copy)** | SEQUENCE: 00011612 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 06-25-2020 |
| | Plan is for inmate: CRUM, DAVID HALL 05361-016 | |

*This was signed in august - 2020.*

| Facility: | BEC BECKLEY FCI | Proj. Rel. Date: | 10-01-2021 |
|---|---|---|---|
| Name: | CRUM, DAVID HALL | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 05361-016 | DNA Status: | BEC02600 / 06-20-2008 |
| Age: | 66 | | |
| Date of Birth: | 05-05-1954 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BEC | PAL ORD PM | PINE A LOWER PM DETAIL | 01-23-2020 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BEC | ESL HAS | ENGLISH PROFICIENT | 07-17-1991 |
| BEC | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-01-1991 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BEC | C | RPP 2 EMPLOYMENT SKILLS | 04-22-2020 | 04-22-2020 |
| BEC | C | RPP 1 HEALTH AND NUTRITION | 04-22-2020 | 04-22-2020 |
| BEC | C | RPP 1 DISEASE PREVENTION | 04-22-2020 | 04-22-2020 |
| BEC | C | RPP 4 HALFWAY HOUSE REGS | 04-22-2020 | 04-22-2020 |
| BEC | C | RPP 6 COPING SKILLS | 04-22-2020 | 04-22-2020 |
| BEC | C | RPP 3 PERSONAL BUDGETING | 04-22-2020 | 04-22-2020 |
| BEC | C | RPP 3 CHECKING AND SAVINGS | 04-22-2020 | 04-22-2020 |
| BEC | C | RPP 4 US PROBATION | 04-22-2020 | 04-22-2020 |
| BEC | C | RPP 5 RELEASE METHODS | 04-22-2020 | 04-22-2020 |
| BEC | C | TRANSPORTATION AND GRATUITY | 12-16-2008 | 12-16-2008 |
| BEC | C | INTRO TO BRAVE 0830 & 1330 | 12-10-2002 | 12-12-2002 |
| LVN | C | PRE-RELEASE CLASS INSIDE | 11-12-1991 | 11-16-1991 |
| LEW | C | PRE IND METL 8-3PM M-F TULE | 01-25-1988 | 02-10-1988 |
| null | C | ADULT BASIC EDUCATION | 10-12-1982 | 01-19-1983 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 02-10-2005 |
| CARE1-MH | CARE1-MENTAL HEALTH | 12-18-2019 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| HGT RESTR | NO LADDERS/NO UPPER BUNK | 01-02-2020 |
| LOWER BUNK | LOWER BUNK REQUIRED | 02-03-2020 |
| MED HOLD | MEDICAL HOLD - DO NOT TRANSFER | 03-03-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 12-11-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 12-11-2019 |
| SOFT SHOES | SOFT SHOES ONLY | 02-03-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 12-11-2019 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED WAIT RJ | DRUG EDUCATION WAIT-RQ JUDREC | 12-05-2019 |

**FRP Details**

Sentry Data as of 07-02-2020    Individualized Reentry Plan - Program Review (Inmate Copy)    Page 1 of 3

*(Evidence - Exhibit - 2)*

*(Exhibit - 2)*



| | Individualized Reentry Plan - Program Review (Inmate Copy) | SEQUENCE: 00011612 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 06-25-2020 |
| | Plan is for inmate: CRUM, DAVID HALL   05361-016 | |

### Most Recent Payment Plan

| FRP Assignment: | **REFUSE** | **FINANC RESP-REFUSES** | Start: 06-12-2020 |
|---|---|---|---|
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$0.00** | | Obligation Balance: **$200.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | COST DC | $100.00 | $100.00 | IMMEDIATE | WAIT PLAN |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | COST DC | $100.00 | $100.00 | IMMEDIATE | WAIT PLAN |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**Payment Details**

Trust Fund Deposits - Past 6 months:  $57.00         Payments commensurate ?   Y

New Payment Plan:    ** No data **

### Progress since last review

Program Review, Custody Update, Work - Unit Orderly, GED earned, Cost Assessment $200.00, no unit management concerns noted. (Consider RRC Placement.....)

### Next Program Review Goals

Unit Team recommended to enroll into a Dave Ramsey Financial Peace Class by 07-01-2020.  Progress - No class to date.  However, due to COVID 19 and National Lock Mandates Unit Team recommends to complete Dave Ramsey Financial Peace class by 12-21-2020.

### Long Term Goals

Obtain A Social Security Card and Birth Certificate prior to release date of 10-01-2021.

### RRC/HC Placement

Recommended Placement in range greater than 270 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : there are limited in his release area
- Offense : He is a serving an eleven month sentence
- Prisoner : earned GED
- Court Statement : No statements from courts
- Sentencing Commission : No guidelines to sentencing commission.

### Comments

** No notes entered **